**JUDGE COTE**          07 CV 7883

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CONVOY SHIPPING LLC,

                              Plaintiff,                    07 CV

-v-
                                                           **STATEMENT PURSUANT
                                                           TO F.R.C.P 7.1**

INTERNATIONAL CARGO S.R.L.,

                              Defendant.

------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel of record for Plaintiff, CONVOY SHIPPING LLC, certifies that there are no corporate

parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       September 5, 2007

                                   CHALOS, O'CONNOR & DUFFY, L.L.P.
                                   Attorneys for Plaintiff
                                   CONVOY SHIPPING LLC


                         By:    _____
                                   George M. Chalos (GC-8693)
                                   366 Main Street
                                   Port Washington, New York 11050
                                   Tel: (516) 767-3600
                                   Fax: (516) 767-3605
                                   Email: gmc@codus-law.com