# MINTZ LEVIN



Francis J. Earley | 212 692 6230 | fearley@mintz.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

January 23, 2008

By Fax
Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



RECEIVED
JAN 23 2008
CHAMBERS OF
RICHARD J. HOLWELL

    Re:   *Lipin v. Hunt*
            07 CV 226 (RJH)(THK)

            *Lipin v. Bergquist*
            07 CV 07883 (RJH)(THK)

Dear Judge Holwell:

    We represent Defendant Danske Bank A/S (the "Bank") in the above-referenced consolidated actions. We received Plaintiff's January 18, 2008 letter requesting an extension of time to respond to the Bank's Motion To Strike the Amended Complaint.

    While the Bank disagrees with Ms. Lipin's statements with regard to the merits of the Bank's motion, the Bank has no objection to Ms. Lipin's request for an extension of time to respond to the Bank's motion. In conjunction with Plaintiff's extension, the Bank respectfully requests that the Bank's reply be adjourned to March 4, 2008. No previous requests for an extension of time have been made. We are available at the Court's convenience to discuss any of the above.

                                         Respectfully,

                                         Francis J. Earley

cc:     Ms. Joan Lipin (via facsimile)
        David A. Berger, Esq. (via facsimile)

*[Handwritten notation: Plaintiff's time to respond is extended to February 19. Bank's reply is due March 4. SO ORDERED. 1-25-08]*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.