UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CONVOY SHIPPING LLC,

                              Plaintiff,                    07 CV 7883 (DLC)

-v-

                                                         **NOTICE OF VOLUNTARY**
                                                         **DISMISSAL AND ORDER**

INTERNATIONAL CARGO S.R.L.,

                              Defendant.

------------------------------------------------------------x

      PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, CONVOY SHIPPING LLC, as to defendant, INTERNATIONAL CARGO S.R.L., pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       September 9, 2008

                                      CHALOS, O'CONNOR & DUFFY, LLP
                                      Attorneys for Plaintiff
                                      CONVOY SHIPPING LLC

                        By:      _____
                                      Brian T. McCarthy (BM-4808)
                                      CHALOS, O'CONNOR & DUFFY, LLP
                                      366 Main Street
                                      Port Washington, NY 11050
                                      Tel.:   (516) 767-3600
                                      Fax.:  (516) 767-3605
                                      Email: bmccarthy@codus-law.com

SO ORDERED:

_____
Hon. Denise L. Cote, U.S.D.J.