Case 1:07-cv-07883-DLC   Document 8   Filed 09/09/2008   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CONVOY SHIPPING LLC,

                       Plaintiff,                  07 CV 7883 (DLC)

-v-

                                                    **NOTICE OF VOLUNTARY**
                                                    **DISMISSAL AND ORDER**

INTERNATIONAL CARGO S.R.L.,

                       Defendant.

------------------------------------------------------------x

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, CONVOY SHIPPING LLC, as to defendant, INTERNATIONAL CARGO S.R.L., pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
         September 9, 2008

                                      CHALOS, O'CONNOR & DUFFY, LLP
                                      Attorneys for Plaintiff
                                      CONVOY SHIPPING LLC

                   By: _____
                           Brian T. McCarthy (BM-4808)
                           CHALOS, O'CONNOR & DUFFY, LLP
                           366 Main Street
                           Port Washington, NY 11050
                           Tel.:  (516) 767-3600
                           Fax.: (516) 767-3605
                           Email: bmccarthy@codus-law.com

SO ORDERED:

_____
Hon. Denise L. Cote, U.S.D.J.

Sept. 9, 2008

                                         The Clerk of Court shall close the case and terminate all motions pending as of today's date as moot.